# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*, | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |
| Diamond Comic Distributors, Inc., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00233 (DER) |
| Aftershock Comics, LLC d/b/a Aftershock Comics, | |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The plaintiff Diamond Comic Distributors, Inc. (the "Debtor") and defendant Aftershock Comics, LLC d/b/a Aftershock Comics ("Aftershock"), by and through their undersigned counsel, hereby dismiss all claims and counterclaims in this adversary proceeding without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

[*Remainder of page left intentionally blank*]

56892738.1

| | |
|---|---|
| **SAUL EWING LLP** | **HIRSCHLER FLEISCHER, PC** |
| By: /s/ *Jordan D. Rosenfeld* | By: /s/ *Lawrence A. Katz* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Lawrence A. Katz (MD Bar No. 02526) |
| 1001 Fleet Street, 9th Floor | 1676 International Drive, Suite 1350 |
| Baltimore, MD 21202 | Tysons Corner, VA 22102 |
| Telephone: (410) 332-8600 | Telephone: (703) 584-8362 |
| Email: jordan.rosenfeld@saul.com | lkatz@hirschlerlaw.com |

*Counsel for Aftershock* (HIRSCHLER column)

**SAUL EWING LLP (continued):**

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Counsel for Debtor*

56892738.1