# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**   Adversary No.: **25–00233**

**Diamond Comic Distributors, Inc.**
Debtor

**Diamond Comic Distributors, Inc.**
Plaintiff

vs.

**Aftershock Comics, LLC**
Defendant

# DEFICIENCY NOTICE

DOCUMENT:   16 – Stipulation By Diamond Comic Distributors, Inc. and Stipulation of Dismissal Without Prejudice Filed by Jordan Rosenfeld. (Rosenfeld, Jordan)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 1/5/26. Stipulation does not comply with LBR 9019–1(b).**

CURE:   File Amended Stipulation of Dismissal.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/18/25

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Shannon McKenna
    301–344–3390

cc:   Plaintiff

    Attorney for Plaintiff – Jordan Rosenfeld

    Defendant

    Attorney for Defendant – Lawrence A. Katz

defntc (rev. 09/01/2025)