# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*, | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |
| Diamond Comic Distributors, Inc., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00233 (DER) |
| Aftershock Comics, LLC d/b/a Aftershock Comics, | |
| Defendant. | |

## *AMENDED* STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff Diamond Comic Distributors, Inc. (the "Debtor") and defendant Aftershock Comics, LLC d/b/a Aftershock Comics ("Aftershock"), by and through their undersigned counsel, hereby dismiss all claims and counterclaims in this adversary proceeding without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.  This settlement between the Debtor and Aftershock does not involve a transfer of cash or other property to or from the Debtor's bankruptcy estate.

[*Remainder of page left intentionally blank*]

56892738.2

2

| | |
|---|---|
| **SAUL EWING LLP** | **HIRSCHLER FLEISCHER, PC** |
| By: /s/ *Jordan D. Rosenfeld* <br> Jordan D. Rosenfeld (MD Bar No. 13694) <br> 1001 Fleet Street, 9th Floor <br> Baltimore, MD 21202 <br> Telephone: (410) 332-8600 <br> Email: jordan.rosenfeld@saul.com | By: /s/ *Lawrence A. Katz* <br> Lawrence A. Katz (MD Bar No. 02526) <br> 1676 International Drive, Suite 1350 <br> Tysons Corner, VA 22102 <br> Telephone: (703) 584-8362 <br> lkatz@hirschlerlaw.com |
| -and- | *Counsel for Aftershock* |
| Jeffrey C. Hampton (admitted *pro hac vice*) <br> Adam H. Isenberg (admitted *pro hac vice*) <br> 1735 Market Street, Suite 3400 <br> Philadelphia, PA 19103-7504 <br> Telephone: (215) 972-7777 <br> Email: jeffrey.hampton@saul.com <br>         adam.isenberg@saul.com | |
| -and- | |
| Mark Minuti (admitted *pro hac vice*) <br> Paige N. Topper (admitted *pro hac vice*) <br> Nicholas Smargiassi (admitted *pro hac vice*) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> Email: mark.minuti@saul.com <br>         paige.topper@saul.com <br>         nicholas.smargiassi@saul.com | |
| *Counsel for Debtor* | |

2

56892738.2